1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   GUSTAVO ARMANDO LUNA, JR.,        )    No.  EDCV 22–00487-JGB (AGR)
                                       )
12                    Petitioner,      )
                                       )    ORDER ACCEPTING FINDINGS AND
13        v.                           )    RECOMMENDATION OF UNITED
                                       )    STATES MAGISTRATE JUDGE
14   KATHLEEN ALLISON, et al.,         )
                                       )
15                    Respondents.     )
                                       )
16   _____)

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo,

18   including the Petition for Writ of Habeas Corpus and the Report and

19   Recommendation.  No objections to the Report have been filed. The Court accepts

20   the findings and recommendation of the Magistrate Judge.

21        IT IS ORDERED that Judgment be entered denying the Petition for Writ of

22   Habeas Corpus and dismissing this action with prejudice.

23
24
25   DATED:     April 4, 2023          _____
                                            JESUS G. BERNAL
26                                     United States District Judge
27
28