JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO ARMANDO LUNA, JR., <br><br> Petitioner, <br><br> v. <br><br> KATHLEEN ALLISON, et al., <br><br> Respondents. | NO. EDCV 22–00487-JGB (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: April 4, 2023

JESUS G. BERNAL
United States District Judge